CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 6 2007

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTINE S. DANOS,<br>    Petitioner, | )<br>)  Civil Action No. 7:06CV00480<br>) |
| v. | )  **FINAL ORDER**<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )  By: Hon. Glen E. Conrad<br>)  United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED**. Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 26th day of January, 2007.

_____
United States District Judge